UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD SPRUEL,

    Plaintiff,

vs.                                                        CASE NO. 07-13945
                                                           HON. LAWRENCE P. ZATKOFF

STATE OF WASHINGTON and
STATE OF MICHIGAN,

    Defendants.
_____/

## OPINION AND ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

      Plaintiff, proceeding *pro se*, filed a Petition for Mandamus against the Defendants (Docket #1). This matter is currently before the Court on Magistrate Judge Morgan's Report and Recommendation regarding the application for writ of habeas corpus (Docket #4). The Magistrate Judge recommends that Plaintiff's case be dismissed as moot.

      After a thorough review of the court file and the Report and Recommendation (no objections to the Report and Recommendation were filed), this Court will adopt the Report and Recommendation and enter it as the findings and conclusions of this Court.

      Therefore, for the reasons stated above, Plaintiff's case is DISMISSED AS MOOT. Judgment shall be entered accordingly.

      IT IS SO ORDERED.

                                                          s/Lawrence P. Zatkoff
                                                          LAWRENCE P. ZATKOFF
                                                          UNITED STATES DISTRICT JUDGE

Dated: February 25, 2008

CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on February 25, 2008.

                                        s/Marie E. Verlinde
                                        Case Manager
                                        (810) 984-3290